09-11397 - LEDET, STEVEN & SERENA

09-11397

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 09-11397 A | LEDET, STEVEN |
| 92003931200666 | LEDET, SERENA |
| COMBINED SMALL CHECK | |

VOID AFTER 90 DAYS    105
60-249/433

TID #380470
Ronald J. Hof
9905 Jefferson Hwy.
River Ridge LA 70123

Date   01/12/2011    $ ***********3.51

~~~Three Dollars and 51/100

Pay to the Order of   U.S. Bankruptcy Court

Ronald J. Hof, Trustee

⑆000000105⑆ ⑈043302493⑈ 92003931200666⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228093    - JN
* * C O P Y * *
January 14, 2011
16:09:04

UNC.UNDER$25
09-11397

Debtor.: STEVEN LEDET
Trustee: Ronald Hof
Amount.:                 $3.51 CH
Check#.: 105

Total-> $3.51

FROM: HOF

Deposit to 106000
Due
State Farm Bank  $3.22
Imaging Center of   .29
LA
                    $3.51

CV
1/14/11

Printed: 01/12/11 08:07 AM

Page: 1

## Claims Distribution Small Checks

### Trustee: Ronald J. Hof (380470)

**Case:** 09-11397 - LEDET, STEVEN

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 92003931200666 | 105 | 01/12/11 | | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $3.51 |
| | | | 1 | 01/06/10 | 610 | State Farm Bank | 4,037.32 | 4,037.32 | 3.22 | 3.22 |
| | | | 2 | 02/10/10 | 610 | Imaging Center of So. La. | 366.10 | 366.10 | 0.29 | 0.29 |

(*) Denotes objection to Amount Filed